UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
ANDREW GREENE,

       Plaintiff,

  - against -

PARAMOUNT PICTURES CORPORATION,
RED GRANITE PICTURES, INC., APPIAN
WAY, LLC, SIKELLA PRODUCTIONS, INC.,
and JOHN and JANE DOES 1 through 10

       Defendants.
------------------------------------------------------------------X

14 CV 1044(JS)(WDW)

## NOTICE OF APPEARANCE

To the Clerk of the Court and all parties of record:

    I am admitted to practice in this Court *pro hac vice*, and I appear in this case as counsel for Defendants Paramount Pictures Corporation and Red Granite Pictures, Inc.

Dated: New York, New York
       April 3, 2014

                Respectfully submitted,

                  /s/ Louis P. Petrich
                Louis P. Petrich (admitted *pro hac vice*)
                LEOPOLD PETRICH & SMITH
                2049 Century Park E - Suite 3110
                Los Angeles, CA 90067
                Telephone: (310) 277-3333
                Fax: (310) 277-7444
                lpetrich@lpsla.com

                *Counsel for Defendants Paramount Pictures*
                *Corporation and Red Granite Pictures, Inc.*
                ..

**CERTIFICATE OF SERVICE**

    I hererby certify that on April 3, 2014, the foregoing document was filed with the Clerk of the Court and served in accordance with the Federal Rules of Civil Procedure, and/or the Eastern District's Local Rules, and/or the Eastern District's Rules on Electronic Service upon the following parties and participants:

        Aaron M. Goldsmith
        225 Broadway, Suite 715
        New York, NY 10007
        Tel.:  914-588-2679
        Fax:  212-566-8165
        Email: aarongoldsmithlaw@gmail.com

        *Counsel for Plaintiff*

           /s/ Louis P. Petrich
        Louis P. Petrich
        LEOPOLD PETRICH & SMITH
        2049 Century Park E - Suite 3110
        Los Angeles, CA 90067
        Telephone: (310) 277-3333
        Fax: (310) 277-7444
        lpetrich@lpsla.com