UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
ANDREW GREENE,                                    Case No. 2:14-cv-01044-JS-WDW

                Plaintiff,

   -against-

PARAMOUNT PICTURES CORPORATION, a
Delaware corporation; RED GRANITE PICTURES,
INC., a California corporation; APPIAN WAY, LLC, a
California limited liability company; SIKELIA
PRODUCTIONS, INC., a Delaware corporation; and
JOHN AND JANE DOES 1 THROUGH 10

                Defendants.

------------------------------------------------------------X

## NOTICE OF APPEARANCE AND STIPULATION AND ORDER

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for Plaintiff Andrew Greene ("Plaintiff") and Defendants Paramount Pictures Corporation and Red Granite Pictures, Inc. (together, "First Defendants") and defendants Appian Way, a California Corporation (erroneously sued herein as Appian Way, LLC) and Sikelia Productions, Inc. (together, "Second Defendants") that:

1. Louis P. Petrich, admitted *pro hac vice*, and Vincent Cox, admitted *pro hac vice*, both of Leopold, Petrich & Smith, P.C. and Katherine M. Bolger and Rachel F. Strom, both of Levine Sullivan Koch & Schulz, LLP, hereby enter their appearance in this matter as counsel for the Second Defendants and request that all parties serve on them copies of all papers filed in or affecting this action;

2. On April 7, 2014, First Defendants filed a motion to dismiss Plaintiff's Complaint

1

in this action in its entirety (the "Motion");

3. The parties hereby agree that the Second Defendants hereby join the Motion and adopt the arguments set forth in the papers filed by the First Defendants in the Motion;

4. A facsimile or PDF copy of the signature page of this Stipulation will be deemed an original for the purposes of filing and judicial endorsement.

DATED: May 2, 2014

By: _____
Aaron M. Goldsmith
225 Broadway, Suite 715
New York, NY 10007
Tel.: 914-588-2679
Fax: 212-566-8165
Email: aarongoldsmithlaw@gmail.com

*Counsel for Plaintiff*

By: _____
Louis P. Petrich (admitted *pro hac vice*)
Vincent Cox (admitted *pro hac vice*)
LEOPOLD, PETRICH & SMITH, P.C.
2049 Century Park East, Suite 3110
Los Angeles, California 90067-3274
Telephone: (310) 277-3333
Facsimile: (310) 277-7444
Email: lpetrich@lpsla.com

Katherine M. Bolger
Rachel F. Strom
LEVINE SULLIVAN KOCH & SCHULZ, LLP
321 W. 44th Street, Suite 1000
New York, NY 10036
Telephone: (212) 850-6100
Fax: (212) 850-6299
Email: kbolger@lskslaw.com
       rstrom@lskslaw.com

*Attorneys for Defendants Paramount Pictures Corporation, Red Granite Pictures, Inc., Appian Way, and Sikelia Productions, Inc.*

The Clerk of the Court is directed to amend Docket Entry 12 to reflect that Defendants Appian Way and Sikelia Productions, Inc. have joined in the motion to dismiss at Docket Entry 12.

IT IS SO ORDERED

/s/ JOANNA SEYBERT
_____
U.S.D.J.

Dated: May 15, 2014

2