LAW OFFICE OF
# AARON M. GOLDSMITH
A PROFESSIONAL CORPORATION
225 Broadway, Suite 715
New York, NY 10007
(Tel.) - (914) 588-2679
(Fax) - (212) 566-8165
*www.aarongoldsmithlaw.com*

★ Admitted in NY and CT

May 16, 2016

***Via ECF***
UNITED STATES DISTRICT COURT, EDNY
Hon. Steven I. Locke, USMJ
290 Federal Plaza
Central Islip, NY 11722

       Re: <u>Greene v Paramount, *et al*</u>
          EDNY Docket: 14 CV 1044

Dear Honorable Sir:

  As you know, our office represents the Plaintiff in the above-referenced matter. Please accept this correspondence as a joint request for the scheduling of a status conference, in response to the Court's Order of May 5, 2016.

  The parties have completed documentary discovery and the depositions of Plaintiff and three (3) non-party witnesses listed in Plaintiff's Rule 26 Disclosure. Currently, the depositions of an additional non-party witness from Plaintiff's Rule 26 Disclosure; a non-party witness from Defendant's Rule 26 Disclosure; and an officer/witness of Defendant have been scheduled for the week of May 25, 2016. The parties are in the process of scheduling two (2) remaining officer/witnesses of Defendants and the possibility of other non-party witnesses shortly thereafter.

  As a result, the parties feel it would be both prudent and a minimal expenditure of Court resources to schedule a status conference for either June 10, June 16 or June 17, 2016. This will allow the parties to substantially complete discovery in this matter without substantial delay.

    Thank you for your time and consideration.  Should you have any further questions, concerns or directives for the parties, please feel free to contact the undersigned.

                                  Very truly yours,

                                  s/Aaron M. Goldsmith
                                    Stephanie Ovadia

cc:

LEOPOLD, PETRICH & SMITH, PC
Attn.: Vincent Cox, Esq.
      Louis P. Petrich, Esq.
2049 Century Park East, Suite 3110
Los Angeles, CA 90067-3274

LEVINE, SULLIVAN, KOCH & SCHULZ, LLP
Attn.: Rachel Strom, Esq.
      Katherine M. Bolger, Esq.
321 West 44th St., Suite 1000
New York, NY 10036