| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>EASTERN DISTRICT OF NEW YORK | CIVIL CONFERENCE<br>MINUTE ORDER |
| BEFORE: STEVEN I. LOCKE<br>         U.S. MAGISTRATE JUDGE | DATE: 8/16/16<br>TIME: 12:00 pm |

CASE:  **CV 14-1044(JS) Greene v. Paramount Pictures Corporation et al**

TYPE OF CONFERENCE:   STATUS          FTR: 12:03-12:14

APPEARANCES:
    For Plaintiff:   Aaron Goldsmith

    For Defendant: Rachel Strom and Louis Petrich (via phone)


**THE FOLLOWING RULINGS WERE MADE:**

☐   Scheduling Order entered.

☐   The court has adopted and So Ordered the joint proposed scheduling order [    ] submitted by the parties.

☐   The Joint Pretrial Order is accepted for filing and the action is deemed ready for trial. The action will be tried in accordance with the discretion and the trial calendar of the District Judge.

☒   Other:   For the reasons set forth on the record, Plaintiff's letter concerning depositions, DE [42], is converted to a motion to compel the deposition of Mr. Leonardo DiCaprio, and the motion is granted.  Mr. DiCaprio will be produced for his deposition at a reasonable time and place agreed to by the parties.


                                            SO ORDERED

                                             /s/Steven I. Locke
                                            STEVEN I. LOCKE
                                            United States Magistrate Judge