```
          DATE:  9/ 7/2016          AT:  1:45

BEFORE JUDGE JOANNA SEYBERT:

            CIVIL CAUSE FOR PRE-MOTION CONFERENCE

DOCKET NUMBER:    14-1044

TITLE:  GREENE -V- PARAMOUNT PICTURES, ET AL.

APPEARANCES:

FOR PLAINTIFF(S):  AARON GOLDSMITH (BY PHONE)

FOR DEFENDANT(S):  RACHEL STROM, VINCENT COX


REPORTER: NONE

  X        CASE CALLED.

  X        COUNSEL FOR ALL SIDES PRESENT.

_____      COUNSEL FOR _____ NOT PRESENT.

  X        CONFERENCE HELD.

_____      DISCOVERY TO BE COMPLETED BY_____

_____      PARTIES TO COMPLETE_____
           BY THE NEXT CONFERENCE OR BY_____

_____      NEXT CONFERENCE SET FOR_____

_____      CASE TO BE REFERRED/ASSIGNED TO MAGISTRATE JUDGE_____
           FOR_____

  X        MOTION TO BE FILED BY    9/14/2016;
                     RESPONSE BY    9/28/2016;
                     REPLY BY      10/ 5/2016.

_____      JURY SELECTION SET FOR   /  /2016 AT 9:30AM BY LAW CLERK

_____      TRIAL SET FOR_____

  X        OTHER PLAINTIFF TO ADVISE THE COURT BY 9/12/2016 WHETHER
           A STIPULATION WILL BE FILED, WHICH WOULD OBVIATE THE NEED
           FOR THE MOTION.
```