KATHERINE MARY BOLGER
RACHEL STROM
LEVINE SULLIVAN KOCH & SCHULZ, LLP
321 West 44th Street, Suite 1000
New York, NY 10036
212-850-6123
Fax: 212-850-6299
Email: kbolger@lskslaw.com

LOUIS P. PETRICH (CA Bar No. 038161)
VINCENT COX (CA Bar No. 070511)
LEOPOLD, PETRICH & SMITH, P.C.
2049 Century Park East, Suite 3110
Los Angeles, California 90067-3274
Telephone: (310) 277-3333
Facsimile: (310) 277-7444
Email: lpetrich@lpsla.com

Attorneys for Defendants

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------------------------X

ANDREW GREENE,

                          Plaintiff,

-against-

PARAMOUNT PICTURES CORPORATION, a
Delaware corporation; RED GRANITE PICTURES,
INC., a California corporation; APPIAN WAY, LLC, a
California limited liability company; SIKELIA
PRODUCTIONS, INC., a Delaware corporation; and
JOHN AND JANE DOES 1 THROUGH 10

                          Defendants.

------------------------------------------------------X

Case No. 2:14-cv-01044-JS-WDW

DECLARATION OF MARTIN
SCORSESE IN SUPPORT OF
DEFENDANTS' MOTION TO
DISMISS

37303

# DECLARATION OF MARTIN SCORSESE IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS

I, Martin Scorsese, declare:

1. Except where stated otherwise, the facts stated herein are personally known to me, and if called as a witness I could testify competently thereto.

2. I was born in the United States in New York City in 1942.

3. I reside in New York City. During my entire life, I have been a resident of New York City.

4. In 1989, I directed my attorneys to form the company now known as Sikelia Productions, Inc. ("Sikelia"), but until 2003 known by the name Cappa Productions. My present knowledge of the legal aspects of Sikelia comes from conversations that I've had with my accountant, Arnold Herrmann. He tells me that Sikelia was incorporated under the laws of the state of Delaware, that I own 100 percent of the shares of Sikelia, and that I am the President, Secretary and Treasurer of Sikelia, and have held those offices for more than a decade. I am the sole director of Sikelia. The only other officer of Sikelia is Arnold Herrmann, who became Assistant Secretary of Sikelia in 2010. Mr. Herrmann is employed by Citrin Cooperman & Company, and his offices are on Fifth Avenue in New York City.

5. Sikelia is engaged in the business of motion picture development and production, and in that capacity loans my services as a producer and director of filmed entertainment to studios and/or production companies.

6. All of the corporate executive offices of Sikelia have always been located in New York City. For at least the last decade, they have been located at 110 West 57th Street in New York City. This is the workplace for all of Sikelia's employees.

7. As the President, Secretary and Treasurer of Sikelia, the key decisions that I make relating to direction, control and coordination of Sikelia's activities are those decisions regarding whether, how, and/or when to pursue, develop, produce and/or direct particular creative projects. I also oversee the management of the day-to-day operations of Sikelia. I

spend the preponderance of my time within the state of New York, and these key decisions are made by me in the state of New York. That was the case throughout my involvement with the motion picture "The Wolf of Wall Street," as well as on February 18, 2014, the date this lawsuit was filed.

8. I occasionally travel to locations outside New York in which Sikelia projects are being produced, and I also travel to other states such as California, and to foreign countries, in order to meet with representatives of companies that finance, produce and distribute filmed entertainment. However, Sikelia does not own or lease any real property outside New York, nor has it ever had an employee with a primary workplace outside New York. Sikelia has since about 2003 been represented by an entertainment law firm located in Beverly Hills, California, now known as Bloom Hergott Diemer Rosenthal LaViolette Feldman Schenkman & Goodman, LLP. The lawyers at that firm handle aspects of negotiating deal terms for and drafting Sikelia's contracts. They do not make any of Sikelia's key policy decisions. Their job is to implement business decisions that I make.

I declare under penalty of perjury under the laws of the state of New York that the foregoing is true and correct, and that this declaration was executed in New York City, New York on June 29, 2016.

_____
Martin Scorsese